cc:    Susan Colleen Branagan (By ECF only)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LASHANNA S. CAIN,

        Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-------------------------------------------------------------X

Civil Action No.:
1:20-cv-10475-ER-SLC

## **ORDER**

AND, NOW, this 10th day of September, 2021, the parties' proposed schedule in this

matter is GRANTED.  The schedule is set as follows:

- Plaintiff's motion and brief are due on, or before, December 1, 2021;

- Defendant's motion and brief are due on, or before, January 31, 2022;

- Plaintiff's reply, if any, is due on or before, February 21, 2022.

The Clerk of Court is respectfully directed to close ECF No. 17.

Dated: New York, New York
      September 10, 2021

SARAH L. CAVE
United States Magistrate Judge